IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ANDRE V. JACKSON, | ) | No. C 12-05902 EJD (PR) |
| Plaintiff. | ) ) | ORDER OF DISMISSAL |

On November 19, 2012, Plaintiff filed a letter that was construed as a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that his letter was insufficient and he needed to file an actual complaint within thirty days. (Doc. No. 2.) On December 5, 2012, Plaintiff filed another letter and on December 5, 2012, the Court's prior orders were resent to Plaintiff stating he needed to file an actual complaint to proceed with this action within thirty days or the case would be dismissed. However, that time period had passed and Plaintiff has not filed a complaint or communicated with the court. Accordingly, Plaintiff's case is DISMISSED without prejudice.

The Clerk shall terminate any pending motions and close the file.

DATED: 2/4/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
05902Jackson_disms-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ANDRE V. JACKSON,          Case Number CV 12-05902 EJD (PR)

       Plaintiff,          **CERTIFICATE OF SERVICE**

vs.

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____2/6/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Andre V. Jackson**
E-63886
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

DATED: _____2/6/2013_____
                                               Richard W. Wieking, Clerk
                                               /s/ By: Elizabeth Garcia, Deputy Clerk